# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RACHELLE JOHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01148- JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

On August 27, 2019, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 5-1 at 1) To date, Plaintiff has not filed the form indicated whether Plaintiff consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*)

Accordingly, the Court **ORDERS**: Plaintiff **SHALL** complete and file the consent form previously provided by the Court (Doc. 5-2) no later than **May 25, 2020**, indicating whether Plaintiff consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge.

IT IS SO ORDERED.

　　Dated: **March 5, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE