# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RACHELLE JOHN, | ) Case No.: 1:19-cv-01148- JLT |
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED FEBRUARY 25, 2020 (Doc. 11) |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) ORDER STRIKING THE OPENING BRIEF (Doc. 13) |
| Defendant. | ) |

On February 25, 2020, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the scheduling order requiring Plaintiff to serve a letter brief and failure to prosecute. (Doc. 11) Plaintiff filed a response, indicating she "did not receive [the] scheduling order." (Doc. 12 at 1) The same day, Plaintiff filed an opening brief. (Doc. 13)

In actions seeking judicial review of the administrative decision to deny benefits, the parties are instructed to exchange confidential letter briefs prior to submitting briefing before the Court. (*See* Doc. 5 at 2, ¶¶ 3-5) Plaintiff's confidential brief must include "the reasons why []she contends that a remand is warranted," including "the relevant issues and reasons for the remand." (*Id.*, ¶ 3) This document shall *not* be filed with the Court, but should be served directly to the Commissioner, with a proof of service that the letter brief filed with the Court. (*Id.*) Because the parties have not yet exchanged the confidential briefs, the opening brief in this action is premature. Plaintiff is also directed to the Court's scheduling order regarding the substantive requirements of an opening brief. The Court will provide one courtesy copy of this document with this order for Plaintiff. In the future,

Plaintiff may obtain any documents in this action by accessing the Court's online filing system. Accordingly, the Court **ORDERS**:

1. The Order to Show Cause dated February 25, 2020 is **DISCHARGED**;
2. The opening brief filed March 3, 2020 (Doc. 13) is **STRICKEN**;
3. The Clerk of Court is DIRECTED to provide Plaintiff a copy of the scheduling order issued August 27, 2019 (Doc. 5);
4. Plaintiff **SHALL** serve a confidential letter brief upon the Commissioner within thirty days and file a proof of service with the Court mailing the proof of service to the following address:

>Office of the Clerk
>Robert E. Coyle United States Courthouse
>2500 Tulare Street, Room 1501
>Fresno, CA 93721

Plaintiff is reminded that failure to comply with the Court's orders may result in the imposition of sanctions, including dismissal of the action.

IT IS SO ORDERED.

Dated: **March 9, 2020**                     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE