**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE RACHELLE JOHN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:19-cv-1148- JLT<br><br>ORDER VACATING JUDGMENT AND ORDER DISMISSING CASE<br><br>(Docs. 18, 19) |

Jamie Rachelle John seeks judicial review of the decision to deny her application for Social Security benefits. (Doc. 1)  On May 19, 2020, the Court found Plaintiff failed to prosecute the action and failed to comply with the Court's orders due to her failure to serve a confidential letter brief upon the Commissioner and file proof of service with the Court.  Therefore, the Court dismissed the action and entered judgment in favor of the Commissioner.  (Docs. 18, 19)

On May 20, 2020, counsel for the Commissioner of Social Security informed the Court that a letter brief was received from Plaintiff on May 18, 2020.  (Doc. 20 at 1)  Counsel noted the document was mailed to the Social Security Administration and stamped May 12, 2020, but "[a] review of the document received… suggested that Plaintiff may have mailed it on March 23, 2020." (*Id.*)  Further, the Commissioner observes the delay in receipt may be attributed "to changes in business practices because of the COVID-19 situation." (*Id.* at 2)

///

Because Plaintiff served the Commissioner with a confidential letter brief—although no proof of service of such document was filed as ordered—it appears Plaintiff has continued prosecution of this action.  Accordingly, the Court **ORDERS**:

1. The Court's order dismissing the case (Doc. 18) is **VACATED**,
2. The Clerk of Court is DIRECTED to **VACATE** the judgment (Doc. 19) entered on May 19, 2020;
3. The case is **REOPENED**; and
4. The Commissioner SHALL serve Plaintiff with a response to the confidential letter brief and file proof of service with the Court no later than June 21, 2020.

IT IS SO ORDERED.

Dated:  **May 21, 2020**              **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE